**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Roger Dean Morgan     **Case No.:** 23-24542 - B - 7
**Docket Control No.** SMJ-1
**Date:** 07/08/2025
**Time:** 11:00 AM

**Matter:** [54] - Motion/Application by Scott M. Johnson to Withdraw as Attorney [SMJ-1] (hlum)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney - Scott Johnson
**Respondent(s):**
Trustee's Attorney - Ben Taggert

---

**CIVIL MINUTES**

Motion Granted

Findings of fact and conclusions of law stated orally on the record

    **ORDER TO BE PREPARED BY: Scott Johnson**